UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALEB J HENDERSON,
     Plaintiff,

vs.                                  Case No.:  3:22cv24707/LAC/ZCB

MARIO MARTIN, et al.,
     Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on October 2, 2023.  (Doc. 24).  The Court furnished the parties a copy of the Report and Recommendation and attempted to afford Plaintiff an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 24) is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court and failure to keep the Court apprised of his current address.

3.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 2nd day of November, 2023.

_s/L.A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**